IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:23-cr-15 |
| | ) | |
| v. | ) | SENTENCING MEMORANDUM |
| | ) | |
| DONALD DALE PING, | ) | |
| | ) | |
| Defendant. | ) | |

The government, by and through the undersigned Assistant United States Attorney, files this sentencing memorandum in anticipation of the sentencing hearing set for January 23, 2024, at 3:30 p.m.

## TABLE OF CONTENTS

I.     **BACKGROUND** ........................................................................1

II.    **GUIDELINES CALCULATION** .............................................2

III.   **GOVERNMENT'S RECOMMENDATION** ...........................2

## I.     BACKGROUND

A one-count Indictment was filed on February 7, 2023, in the Southern District of Iowa, charging Donald Dale Ping with Possession of Child Pornography, on or about November 22, 2021, in violation of 18 U.S.C. §§ 2252A(a)(5)(B), 2252A(b)(2). (PSR ¶ 1.) A notice of forfeiture was filed pursuant to 18 U.S.C. § 2253. (PSR ¶ 2.)

On August 8, 2023, Defendant pled guilty, as charged, to the one-count Indictment. (PSR ¶ 3.) On October 3, 2023, the Court accepted Defendant's plea and adjudicated him guilty. *Id*.

There are no counts to be dismissed at sentencing. (PSR ¶ 4.) A preliminary order of forfeiture was entered on January 17, 2024, at docket 45. There are no issues to resolve prior to sentencing. (*See* R. Doc. 39, 42.)

## II.    GUIDELINES CALCULATION

In the presentence report paragraphs 41-53, Defendant's guideline range was calculated as follows:

| | |
|---|---|
| Base Offense Level [USSG §2G2.2(a)(1)] | 18 |
| SOC [USSG §2G2.2(b)(2)  (under 12)] | +2 |
| SOC [USSG §2G2.2(b)(3)(B) (distribution)] | +5 |
| SOC [USSG §2G2.2(b)(6) (computer)] | +2 |
| SOC [USSG §2G2.2(b)(7)(A) (10-150 images)] | +2 |
| Acceptance [USSG §3E1.1(a), (b)] | -3 |
| **Total Offense Level** | **=26** |
| **Criminal History Category (PSR ¶ 57):** | **I** |
| **Guideline Sentencing Range (PSR ¶ 99):** | **63 to 78 months** |

## III.    GOVERNMENT'S RECOMMENDATION

The sentencing statutes inform this Court that it must impose a sentence sufficient, but not greater than necessary, to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; to afford adequate deterrence to criminal conduct; to protect the public from further crimes of Defendant; and to provide Defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner. 18 U.S.C. § 3553(a)(2).  The Court, in determining the particular sentence to be imposed, shall also consider the nature and circumstances of the offense and the history and characteristics of Defendant. 18 U.S.C. § 3553(a)(1). The sentence must "avoid

unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct." 18 U.S.C. § 3553(a)(6).

The government believes the advisory guidelines have been appropriately calculated with the defendant having a total offense level of 26, criminal history category I, advisory guidelines range of 63 to 78 months of imprisonment.

The defendant is 53 years old. (PSR p. 2.) The defendant came to the attention of law enforcement based upon a cybertip from the defendant uploading child pornography to Tumblr. (PSR ¶ 14.) The images involved prepubescent children. *Id.* Officers executed a search warrant on the defendant's Tumblr account and located child pornography. (PSR ¶ 21.) Officers executed a search warrant on the defendant's phone and located additional images of child pornography, including images of children appearing to be younger than six engaged in sex acts. (PSR ¶ 29.)

In this case, the government is recommending a guidelines sentence.

WHEREFORE, the government prays the District Court consider this sentencing memorandum in determining Defendant's final sentence.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By:  */s/ Andrea L. Glasgow*
Andrea L. Glasgow
Assistant United States Attorney
U.S. Courthouse
131 E. Fourth Street, Suite 310
Davenport, Iowa 52801
Tel: (563) 449-5432
Fax: (563) 449-5433
Email: Andrea.Glasgow@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2024,
I electronically filed the foregoing with
the Clerk of Court using the CM ECF system.

UNITED STATES ATTORNEY

By:  /s/ *Andrea L. Glasgow*
       Assistant United States Attorney